O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL MOJADIDI, <br><br> Plaintiff, <br><br> v. <br><br> ERIC H. HOLDER JR., UNITED STATES ATTORNEY GENERAL, et al. <br><br> Defendants. | Case No. EDCV 09-02117 VAP(DTBx) <br><br> **ORDER RE: SCHEDULING CONFERENCE** |

On June 4, 2012, the Court held a scheduling conference in this matter. Petitioner Abdul Mojadidi ("Petitioner") did not appear, nor did counsel appear on his behalf.

The Court ORDERS Petitioner to file a notice within 15 days indicating whether he intends to proceed with a new attorney, and if so, providing the attorney's name and address, or whether he intends to proceed with the case pro se. If Petitioner does not file such notice within 15 days, the Court will dismiss the case for failure to prosecute.

The Clerk shall enter this Order and forward copies to counsel and the Plaintiff at his last known address.

Dated June 7, 2012.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE