O

1

2

3

4          UNITED STATES DISTRICT COURT

5          CENTRAL DISTRICT OF CALIFORNIA

6

7  ABDUL MOJADIDI,              )   Case No. EDCV 09-02117
                                )   VAP(DTBx)
8              Plaintiff,       )
                                )   **ORDER RE: SCHEDULING**
9       v.                      )   **CONFERENCE**
                                )
10  ERIC H. HOLDER JR.,         )
    UNITED STATES ATTORNEY      )
11  GENERAL, et al.             )
                                )
12              Defendants.
   _____

13

14      On June 4, 2012, the Court held a scheduling

15  conference in this matter.  Petitioner Abdul Mojadidi

16  ("Petitioner") did not appear, nor did counsel appear on

17  his behalf.

18      The Court ORDERS Petitioner to file a notice within

19  15 days indicating whether he intends to proceed with a

20  new attorney, and if so, providing the attorney's name

21  and address, or whether he intends to proceed with the

22  case pro se.  If Petitioner does not file such notice

23  within 15 days, the Court will dismiss the case for

24  failure to prosecute.

25      The Clerk shall enter this Order and forward copies

26  to counsel and the Plaintiff at his last known address.

27      Dated June 7, 2012.

                        s/ Justin L. Quackenbush
28                   JUSTIN L. QUACKENBUSH
               SENIOR UNITED STATES DISTRICT JUDGE