**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES -- GENERAL

Case No.   EDCV 09-02117 VAP(DTBx)                                     Date: August 8, 2012

Title:   ABDUL MOJADIDI -v- ERIC H. HOLDER JR., UNITED STATES ATTORNEY GENERAL, et al.
================================================================
PRESENT:   HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None | None |

PROCEEDINGS:   MINUTE ORDER DISMISSING CASE FOR FAILURE TO COMPLY WITH COURT ORDER (IN CHAMBERS)

   On April 16, 2012, Plaintiff Abdul Mojadidi's attorney requested leave to withdraw as counsel due to a conflict of interest.  (Doc. No. 24.)  The Court granted this request on May 2, 2012, (Doc. No. 28), and set the matter for a scheduling conference to be held on June 4, 2012, (Doc. No. 27).  At the scheduling conference, the Court directed Plaintiff to notify the Court within 15 days whether he intended to proceed with or without counsel.  (Doc. No. 30.)  As Plaintiff has failed to file any response to this order, the Court dismisses the case without prejudice for failure to prosecute.

   **IT IS SO ORDERED.**